UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN FARMER, | ) ED CV 07-753-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION J | ) |
| Defendant, | ) |

 IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: <u>May 27, 2008</u>

                               / s /
                           STEPHEN J. HILLMAN
                      UNITED STATES MAGISTRATE JUDGE